**HOFLAND & TOMSHECK**
Joshua Tomsheck, Esq.
State Bar of Nevada No. 009210
josht@hoflandlaw.com
228 South 4th Street, 1st Floor
Las Vegas, Nevada 89101
Telephone: (702) 895-6760
Facsimile: (702) 731-6910
*Attorney for Defendant*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No.:  2:23-cr-00177-GMN-DJA |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO CONTINUE SENTENCING** |
| ERICK FUENTES-LOPEZ, | **(First Request)** |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between MELANEE SMITH, Assistant United States Attorney, counsel for the United States of America, and JOSHUA TOMSHECK, ESQ., counsel for Defendant, ERICK FUENTES-LOPEZ, that the sentencing currently scheduled for July 15, 2026, at 11:00 a.m. be continued to a date convenient to the Court, but no earlier than thirty (30) days.

This Stipulation is entered into for the following reasons:

1.  That this is the first sentencing continuance requested.

2.  That counsel has consulted with Mr. Fuentes-Lopez about this continuance.

3.  That counsel for Mr. Fuentes-Lopez is scheduled to be out the jurisdiction on the currently scheduled sentencing date.

4.  That the Government does not oppose this request.

5.  That, for the aforementioned reasons, denial of this request for continuance could result in a miscarriage of justice.

For the above stated reasons, the parties agree that a continuance of the Sentencing and Disposition would best serve the ends of justice in this case. The parties request a continuance of at least thirty (30) days.

Dated: July 6, 2026

Respectfully submitted,

HOFLAND & TOMSHECK

TODD BLANCHE
Deputy Attorney General
United States Attorney

*/s/ Joshua Tomsheck*
JOSHUA TOMSHECK, ESQ.
Counsel for Defendant

*/s/ Melanee Smith*
MELANEE SMITH, ESQ.
Assistant United States Attorney

**HOFLAND & TOMSHECK**
*228 SOUTH FOURTH ST., FIRST FLOOR*
*LAS VEGAS, NEVADA 89101*
*P: (702) 895-6760 • F: (702) 731-6910*

HOFLAND & TOMSHECK
228 SOUTH FOURTH ST., FIRST FLOOR
LAS VEGAS, NEVADA 89101
P: (702) 895-6760 · F: (702) 731-6910

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>ERICK FUENTES-LOPEZ,<br><br>Defendant. | Case No.:   2:23-cr-00177-GMN-DJA<br><br>**ORDER TO CONTINUE<br>SENTENCING**<br>**(First Request)** |

**FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1.  That this is the first sentencing continuance requested.

2.  That counsel has consulted with Mr. Fuentes-Lopez about this continuance.

3.  That counsel for Mr. Fuentes-Lopez is scheduled to be out the jurisdiction on the currently scheduled sentencing date.

4.  That the Government does not oppose this request.

That, for the aforementioned reasons, denial of this request for continuance could result in a miscarriage of justice.

**ORDER**

**IT IS THEREFORE AND HEREBY ORDERED**, that Sentencing and Disposition currently scheduled for July 15, 2026, at 11:00 a.m. be continued to the 18th day of August, 2026 at 9:00 a.m.

DATED this _7_ day of _____July_____, 2026.

_____
UNITED STATES DISTRICT JUDGE

Page 3 of 3